**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Andrea D. Bergman |
| v. | : | Magistrate. No. 25-1261 |
| STEVEN H. FRANCIS | : | Misdemeanor Class A |

Offense on a Federal Reservation

Before the Honorable Andrea D. Bergman, a United States Magistrate Judge for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on Federal Property under the provisions of 18 U.S.C. § 3401, personally appeared this day Trevor A. Chenoweth, Assistant United States Attorney, United States Attorney's Office, Newark, New Jersey, who, under oath charges:

On or about the 15th day of July, 2025, in the Judicial District of New Jersey, Steven H. Francis did knowingly possess and cause to be present a dangerous weapon, namely a knife with a blade of more than 2½ inches in length, in a Federal facility, and attempted to do so, in violation of 18 U.S.C. § 930(a).

Further this complaint is based on the attached Statement of Probable Cause.

The name of the complainant is:

Trevor A. Chenoweth
Assistant United States Attorney

Affirmed before me, and subscribed in my presence, at Newark, New Jersey.

Dated: 9.25.25

Hon. Andrea D. Bergman
United States Magistrate Judge

STATEMENT OF PROBABLE CAUSE
(For Issuance of an arrest warrant or summons)

I state that on July 15, 2025 while exercising my duties as a law enforcement officer in the Lyons District of New Jersey

The Defendant did admit to being in possession of a knife which they displayed during a verbal altercation with another individual.

Re. VAPD Case 5612500903

The foregoing statement is based upon:

☐ my personal observation ☑ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/15/2025 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/08/2025 13:56